IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01371-BNB

JOHN F. NOBLE,

    Plaintiff,

v.

JANET NAPOLITANO, U.S. Department of Homeland Security,

    Defendant.

```
          F I L E D
UNITED STATES DISTRICT COURT
     DENVER, COLORADO

       JUL 3 0 2009

   GREGORY C. LANGHAM
                CLERK
```

---

ORDER OF DISMISSAL

---

Plaintiff John F. Noble initiated this action by filing a *pro se* Title VII Complaint. On June 16, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Noble to file an Amended Complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Noble was warned that the action would be dismissed without further notice if he failed to file an Amended Complaint within thirty days. Mr. Noble has failed to respond to Magistrate Judge Boland's June 16, 2009, Order in any way, and as a result he has failed to file an Amended Complaint within the time allowed.

Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly instructed Plaintiff to amend the Complaint in keeping with Rule 8. Therefore, the Complaint and action will be dismissed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this 29 day of July, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01371-BNB

John F. Noble
4775 Argonne Street - E-304
Denver, CO 80249

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/30/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk